UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIVERSIFIED SALES SYSTEMS, LLC,
et al.,
          No. 08-11125

    Plaintiffs,         District Judge Sean F. Cox

v.         Magistrate Judge R. Steven Whalen

QUASAR INDUSTRIES, INCORPORATED,,

    Defendant.
_____/

## ORDER

Plaintiffs' Motion to Compel [Docket #15] is hereby GRANTED. Defendant shall produce the requested discovery within 14 days of the date of this Order.

SO ORDERED.

         S/R. Steven Whalen
         R. STEVEN WHALEN
         UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 21, 2008.

         S/Gina Wilson
         Judicial Assistant